Aaron P. Hisel, OSB #161265
aaron@capitol.legal
Elizabeth A. Jones, OSB #201184
beth@capitol.legal
Capitol Legal Services LLC
901 Capitol St. NE
Salem, OR 97302
   Telephone: (503) 480-7250
   Fax: (503) 779-2716

Daniel B. Atchison, OSB #040424
datchison@cityofsalem.net
Salem City Attorney's Office
555 Liberty St. SE Ste. 225
Salem, OR 97301
   Telephone: (503) 588-6003
   Fax: (503) 361-2202
     Attorneys for Defendants City of Salem
     and Judy Dan

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| CLIFFORD EIFFLER-RODRIGUEZ,<br><br>               Plaintiff,<br><br>   v.<br><br>CITY OF SALEM; JUDY DAN; and JOHN DOES 1 & 2,<br>               Defendants. | Case No. 6:23-cv-00201-MC<br><br>**NOTICE OF CHANGE OF CONTACT INFORMATION** |

PLEASE TAKE NOTICE:

**Effective May 15, 2023**, the contact information for attorneys Aaron P. Hisel and Elizabeth A. Jones will be:

>Aaron P. Hisel, OSB #161265
>aaron@capitol.legal
>Elizabeth A. Jones, OSB #201184
>beth@capitol.legal

Page 1 –   **NOTICE OF CHANGE OF CONTACT INFORMATION**

    Capitol Legal Services LLC
    901 Capitol St. NE
    Salem, OR 97301
       Telephone: (503) 480-7250
       Fax: (503) 779-2716

The undersigned counsel respectfully requests that the Court and all counsel update their records to reflect these changes.

DATED this 12th day of May, 2023.

                                                  s/ Aaron P. Hisel
                                  Aaron P. Hisel, OSB #161265
                                  Elizabeth A. Jones, OSB #201184
                                  Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing NOTICE OF CHANGE OF CONTACT INFORMATION on:

> Alexander Meggitt
> Franz Bruggemeier
> Oregon Justice Resource Center
> PO Box 5248
> Portland, OR 97208
>     Attorneys for Plaintiff

by the following indicated method or methods:

☒     by **electronic means through the Court's Case Management/Electronic Case File system** on the date set forth below;

☐     by **emailing** a copy thereof to each attorney at each attorney's last-known email address on the date set forth below;

☐     by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorneys' last-known address listed above and depositing it in the U.S. mail at Salem, Oregon on the date set forth below.

DATED this 12th day of May, 2023.

                                                 s/ Aaron P. Hisel
                                       Aaron P. Hisel, OSB #161265
                                       Of Attorneys for Defendants